Albert L. REGISTER, Appellant, v. INTER-CONTINENTS POWER CO. et al.

No. 5946.

Circuit Court of Appeals, Third Circuit.

March 6, 1936.

Sidney E. Smith, of Philadelphia, Pa., for appellant.

Milbank, Tweed, Hope & Webb, of New York City, and H. Albert Young, of Wilmington, Del., for appellee Chase Nat. Bank of City of New York.

Shearman & Sterling, of New York City, and H. Albert Young, of Wilmington, Del., for appellee National City Bank of New York.

Edward N. Perkins, of New York City, of counsel, for appellees.

Ivan Culbertson and Hugh M. Morris, both of Wilmington, Del., for Provident Trust Co. of Philadelphia, trustee.

Cravath, deGersdorff, Swaine & Wood, of New York City, and C. Edward Duffy, of Wilmington, Del. (R. M. Sellwood, Jr., of New York City, of counsel), for appellees Committee.

Before BUFFINGTON and DAVIS, Circuit Judges.

PER CURIAM.

The court below, after an opinion so warranting, on July 9, 1935, entered a decree classifying creditors and approving the plan of reorganization. The appellant, alleging such classification was error, took this appeal.

All phases of the case were discussed at length by the court and need not be here restated. The appeal has had full consideration by this court, with the result that we find no error in the court's action. So holding, we limit ourselves to dismissing this appeal.

Charles H. ROBERTSON, Individually, and as Collector of Internal Revenue for the District of North Carolina, and Carlisle W. Higgins, United States Attorney for the Middle District of North Carolina, Appellants, v. CHATHAM MANUFACTURING COMPANY, Appellee.

No. 3997.

Circuit Court of Appeals, Fourth Circuit.

April 13, 1936.

Carlisle W. Higgins, U. S. Atty., and Bryce R. Holt, Asst. U. S. Atty., both of Greensboro, N. C., for appellants.

William M. Hendren, of Winston-Salem, N. C., for appellee.

PER CURIAM.

On motion of appellant, appeal is dismissed, without costs.

ROBERT S. STRAUSS & CO. et al., Appellants, v. Edward J. McPARTLAND.

No. 10308.

Circuit Court of Appeals, Eighth Circuit

Feb. 7, 1936.

P. H. Frank and Alfred Longley, both of Waterloo, Iowa, for appellants.

H. E. Spangler and A. H. Sargent, both of Cedar Rapids, Iowa, for appellee.

PER CURIAM.

Appeal dismissed, with costs, per stipulation of parties.